# JUNE TERM, 1898.

## VLEIT *v.* HOFFMAN.

TAX SALES—VALIDITY.
  Case ruled by *Featherly* v. *Hoffman, ante,* 42.

Appeal from Bay; Maxwell, J. Submitted January 6, 1898. Decided June 7, 1898

Petition by Charles Vleit against John M. Hoffman and the auditor general to set aside a tax sale. From a decree for petitioner, defendants appeal. Affirmed.

*Fatio Colt* (*E. A. Cooley,* of counsel), for petitioner.

*Avery Bros. & Walsh* (*Fred A. Maynard,* Attorney General, of counsel), for defendants.

PER CURIAM. This case was argued with the case of *Featherly* v. *Hoffman, ante,* 42, in which case an opinion was handed down at the April term of court, and is controlled by it. For that reason, it is not necessary to write an opinion in this case.

Decree is affirmed.